FILOMENA CAULFIELD, as Administratrix of the Estate of THOMAS J. CAULFIELD, Deceased, Respondent, *v.* ELMHURST CONTRACTING COMPANY, Appellant.

Argued April 10, 1945; decided May 17, 1945.

*Walter L. Glenney* for appellant.

*James I. Cuff* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.